**U.S. Department of Labor**

**Office of the Solicitor**
**201 Varick Street, Room 983**
**New York, N.Y. 10014**



> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: __5/12/2026__

**MEMORANDUM ENDORSED**

May 12, 2026

**<u>VIA ECF</u>**
Hon. Gregory Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:    Sonderling[1] v. SEBNC Quality Vending Services, Inc. Administrative Pension Fund, No. 26-cv-796**

Dear Judge Woods:

Keith E. Sonderling, Acting Secretary of Labor, United States Department of Labor (the "Secretary"), respectfully requests a 60-day adjournment of the May 15, 2026 joint status report and the May 22, 2026 initial pretrial conference. This is the Secretary's first request for an adjournment. The undersigned is available for a rescheduled conference throughout July and August, except July 21-28, 2026.

On January 30, 2026, the Secretary filed a complaint alleging violations of the Employee Retirement Income Security Act of 1974 (ERISA) against SEBNC Quality Vending Services, Inc. Administrative Pension Fund. Defendant waived service on April 20, 2026, and its answer is due June 19, 2026.

Defendant has not retained counsel or appeared beyond waiving service. Accordingly, the Secretary requests a 60-day adjournment to see whether Defendant files an answer by the June 19, 2026 deadline, as this development will guide the next steps in litigation. Because Defendant has not appeared beyond waiving service, the Secretary requests an exception to 1.E.4 of the Court's Individual Rules.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Jeffrey S. Rogoff
Regional Solicitor

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Secretary of Labor Keith E. Sonderling is automatically substituted as Plaintiff.

By:    /s/ Nicole A. Steinberg
Nicole A. Steinberg
Trial Attorney
U.S. Department of Labor
New York Regional Solicitor's Office
201 Varick Street, Room 983
New York, New York 10014
steinberg.nicole.a@dol.gov

Application granted. Plaintiff's May 12, 2026 request to adjourn the initial pretrial conference, Dkt. No. 9, is granted. The initial pretrial conference scheduled for May 22, 2026 is adjourned to July 29, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's January 31, 2026 order are due no later than July 22, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.
Dated: May 12, 2026
New York, New York    _____
GREGORY H. WOODS
United States District Judge

2