USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH E. SONDERLING, *Secretary of Labor, United States Department of Labor,*

Plaintiff,

-v-

SEBNC QUALITY VENDING SERVICES, INC. ADMINISTRATIVE PENSION FUND,

Defendant.

1:26-cv-796-GHW

**ORDER**

GREGORY H. WOODS, United States District Judge:

On October 15, 2026, Plaintiff filed a proposed order to show cause for default judgment, three supporting declarations, and a proposed default judgment order. Dkt. Nos. 24–28. That same day, the Court entered an order to show cause for default judgment. Dkt. No. 29.

The Court must determine whether to grant the relief requested by Plaintiff. In relevant part, Plaintiff seeks the appointment of Metro Benefits, Inc. as independent fiduciary of the SEBNC Quality Vending Services, Inc. Administrative Pension Fund (the "Plan"). Dkt. No. 24 at 2. In support of that appointment, Plaintiff filed an affidavit from an investigator in the U.S. Department of Labor, Employee Benefits Security Administration that states: "[a]fter reviewing and comparing the various fee proposals, combined with my knowledge of other independent fiduciaries appointed to do similar work[,] . . . I have come to believe the proposal submitted by Metro Benefits, Inc. is reasonable and consistent with the market rate for the required work." Dkt. No. 27 at ¶ 7. The Court does not expect to be able to make a reasoned determination on whether to appoint Metro Benefits, Inc. as an independent fiduciary of the Plan solely on the basis of Ms. Honigman's "belie[f]." *Id.*

The Court directs Plaintiff to submit additional support for the appointment of Metro

Benefits, Inc. as the independent fiduciary of the Plan. *See, e.g.*, *Stewart v. Boe*, No. 19-CV-868 (WMW) (LIB), Dkt. No. 35 (D. Minn. Jan. 7, 2021) (attaching to declaration Metro Benefits, Inc. brochure and biographies of managing consultants); *Perez v. Silva*, No. 15-CV-01771 (EMC), Dkt. No. 14 (N.D. Cal. Oct. 2, 2015) (attaching Metro Benefits Inc.'s proposal for services and curriculum vitae of the Metro Benefits, Inc. principle); *Solis v. J.P. Maguire Company, Inc. Salary Savings Plan*, No. 11-CV-2904 (KAM) (JXA), Dkt. No. 6 (E.D.N.Y. Nov. 30, 2011) (attaching curriculum vitae of proposed independent fiduciary). Plaintiff is directed to file any information that would help the Court evaluate whether to appoint Metro Benefits, Inc. as the independent fiduciary of the Plan no later than November 2, 2026.

Plaintiff is directed to serve a copy of this order on the defendant and to retain proof of service.

The Clerk of Court is directed to update the caption of this case to conform to the caption of this order.

SO ORDERED.

Dated: October 29, 2026
New York, New York

GREGORY H. WOODS
United States District Judge